```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 20902
   BEATRICE JONES JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-0516

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/28/2004 and was confirmed 07/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   58.78%.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED              152.42       18.48         152.42
COOK COUNTY TREASURER      SECURED                 .00         .00            .00
FAIRBANKS CAPITAL CORP     CURRENT MORTG     36696.00         .00       36696.00
FAIRBANKS CAPITAL CORP     MORTGAGE ARRE      6768.12         .00        6768.12
COMMONWEALTH EDISON        UNSECURED         NOT FILED        .00            .00
DRIVE FINANCIAL SERVICES   UNSECURED         NOT FILED        .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED         NOT FILED        .00            .00
FIRST MIDWEST BANK         UNSECURED         NOT FILED        .00            .00
FIRST MIDWEST BANK         NOTICE ONLY       NOT FILED        .00            .00
HOUSEHOLD BANK             UNSECURED         NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED               .00        .00            .00
PREMIUM MARKETING SYSTEM   UNSECURED         NOT FILED        .00            .00
B-FIRST LLC                UNSECURED           3416.73        .00        2008.18
SILVER CROSS HOSPITAL      UNSECURED         NOT FILED        .00            .00
UNIVERSITY OF IL MED CEN   UNSECURED         NOT FILED        .00            .00
LEDFORD & WU               DEBTOR ATTY        1,694.00                   1,694.00
TOM VAUGHN                 TRUSTEE                                       2,663.57
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             50,000.77

PRIORITY                                         .00
SECURED                                    43,616.54
    INTEREST                                   18.48
UNSECURED                                   2,008.18
ADMINISTRATIVE                              1,694.00
TRUSTEE COMPENSATION                        2,663.57
DEBTOR REFUND                                    .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 20902 BEATRICE JONES JOHNSON
```

```
                              ---------------      ---------------
TOTALS                             50,000.77            50,000.77
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/28/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 04 B 20902 BEATRICE JONES JOHNSON